UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 NOV -5 PM 12: 18

CLERK

BY _____
DEPUTY CLERK

SUNIL DAHYABHAI PATEL,          )
                                )
        Plaintiff,              )
                                )
        v.                      )        Case No. 2:24-cv-468
                                )
UR M. JADDOU,                   )
                                )
        Defendant.              )

## DISMISSAL ORDER

A review of the docket in this case reveals the following:

1. On April 29, 2024, Plaintiff filed a Complaint against Ur Jaddou, the Director of the United States Citizenship and Immigration Services. Plaintiff paid the filing fee and filed a Notice of Pro Se Appearance.

2. On September 3, 2024, the court ordered Plaintiff to file proof of timely service or to show good cause for the failure to serve process on or before September 27, 2024. Plaintiff was warned that if he "should fail to respond, the case must be dismissed under Rule 4(m)." (Doc. 4 at 2.)

3. No further filings have been received as of the date of this Order.

Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Rule 4(l)(1) requires proof of service of the summons be made to the court.

On September 3, 2024, over ninety days after the Complaint was filed, Plaintiff was ordered to file proof of timely service or to show good cause for the failure to serve Defendant and warned that, should he fail to respond, the case must be dismissed.

Because this case was filed over six months ago, Plaintiff has failed to provide proof of timely service as to Defendant, and Plaintiff has not filed a response to the September 3, 2024 Order demonstrating proof of service or good cause for the failure to timely serve Defendant, this case must be DISMISSED WITHOUT PREJUDICE under Rule 4(m).

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 5th day of November, 2024.

/s/ Geoffrey W. Crawford_____
District Judge
United States District Court